27-8092-00-2
Firm I.D. No. 90181

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Cancer Foundation, Inc., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 07 C 4120 |
| Cerberus Capital Management LP., et al., | ) |
| Defendants. | ) |

## MOTION FOR DISMISSAL ORDER AS TO DEFENDANT CARL MARKS COMPANY, INC.

NOW COMES the Defendant, CARL MARKS COMPANY, INC., (incorrectly sued as "Carl Marks, Inc.", hereinafter "Carl Marks") by and through its attorneys, ROBERT L. REIFENBERG and CLAUSEN MILLER P.C., and for its Motion for a Dismissal Order pursuant to the Federal Rules of Civil Procedure 12(b)(6), states as follows:

1. Plaintiffs filed their Complaint at Law on July 23, 2007, in the U.S. District Court for the Northern District of Illinois. The five count Complaint attempted to allege fraudulent concealment, breach of contract, civil RICO, conspiracy to engage in a pattern of racketeering enterprise, and tortuous interference with an economic relationship. The Complaint named eight different defendants, including CARL MARKS. (Plaintiffs' Complaint at Law attached as Exhibit A).

2. In the original Complaint, Plaintiffs referred to Defendant, CARL MARKS, in only two paragraphs. (Complaint, paragraphs 15 and 33). Paragraph 15 stated that "Carl Marks,

1151997.1

Inc. is a company that operates in, among other states, Illinois. CARL MARKS' main offices are located in New York, NY." Paragraph 33 stated that "on information and belief, two other companies, Third Avenue Value Fund and CARL MARKS, INC., were participants in this conspiracy, was well as Feinberg and Whitman." CARL MARKS was not named in any of the counts nor was any relief sought from CARL MARKS.

3. On September 18, 2007, Plaintiffs sent CARL MARKS a Request for Waiver of Service to be returned within 35 days.

4. On October 23, 2007, Clausen Miller entered its Appearance on behalf of CARL MARKS and entered the Verification of Waiver of Service. (Exhibits B and C). CARL MARKS did not answer the original Complaint or plead otherwise.

5. On October 23, 2007, several hours after filing its appearance, CARL MARKS received notification that Plaintiffs had filed an Amended Complaint. (Plaintiffs' Amended Complaint attached as Exhibit D).

6. The Amended Complaint re-alleges the same five counts in addition to a count alleging civil conspiracy; however, the Amended Complaint no longer names CARL MARKS as a defendant nor seeks any relief against CARL MARKS.

7. This motion is being brought pursuant to FRCP 12(b)(6) for the Plaintiffs' failure to state any claim upon which relief can be granted. Gibson v. City of Chicago, 910 F.2d 1510, 1520 (7th Cir. 1990).

8. FRCP 8(a) requires that Plaintiffs' Amended Complaint contains (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short and plain statement of the claim showing that the Plaintiffs are entitled to relief, and (3) a demand for

2

1151997.1

judgment for the relief the Plaintiffs seeks. Midwest Gas Servs. v. Ind. Gas Co., 317 F.3d 703, 710 (7th Cir. 2002).

9. In this case, there is no statement of a claim against CARL MARKS, and the Plaintiffs have made no demand for judgment against CARL MARKS.

10. Plaintiffs obviously do not intend to pursue any claim against CARL MARKS. However, as CARL MARKS appeared in this case only hours before the Amended Complaint was filed and as there is no dismissal order relating to CARL MARKS, this Defendant seeks a dismissal order so as to eliminate any doubt concerning its status in this litigation and to remove its name from this Court's docket and service list.

WHEREFORE, Defendant, CARL MARKS COMPANY, INC. (incorrectly sued as "Carl Marks, Inc."), respectfully requests that this Court enter an order dismissing it with prejudice from this case and remove its name from this Court's docket and service list.

_____
ROBERT L. REIFENBERG
CLAUSEN MILLER P.C.

ROBERT L. REIFENBERG
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Carl Marks Company, Inc.

1151997.1