**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE CANCER FOUNDATION. INC., ET.AL.   ) | |
| ) | |
| *Plaintiffs*,   ) | |
| ) | |
| v.   ) | Case No.  07 C 4120 |
| ) | |
| CERBERUS CAPITAL   ) | Honorable Judge Joan Lefkow |
| MANAGEMENT, LP, ET.AL.   ) | |
| ) | Honorable Magistrate Judge Keys |
| *Defendants*.   ) | |

**KENNETH M. SULLIVAN, MICHAEL COYLE AND RICHARD CHAIFETZ'S
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Kenneth M. Sullivan of Sullivan & Associates, LLC, Michael Coyle of The Law Offices of Michael P. Coyle, LLC, and Richard Chaifetz of Richard Chaifetz, P.C. (hereinafter "Plaintiffs' Counsel"), respectfully request this Honorable Court to enter an Order permitting Plaintiffs' Counsel to withdraw as counsel for Plaintiffs in the instant action.  In support thereof, Plaintiffs' Counsel state as follows:

1. Plaintiffs' Counsel filed Plaintiffs' Amended Complaint on October 23, 2007.

2. On November 1, 2007, as a result of being informed that defendants anticipated filing Rule 12(b)(6) motions to dismiss and a Rule 11 Motion directed against Plaintiffs and Plaintiffs' Counsel based on the timeliness of the claims contained in Plaintiffs' Amended Complaint, this Court ordered Defendants Cerberus and Gordon Brothers to file their anticipated motions to dismiss and Rule 11 Motion on or before December 11, 2007.

3. On November 9, 2007, Defendants Cerberus and Gordon Brothers filed and served Plaintiffs' Counsel with their Rule 11 Motion asserting that all of the claims contained in Plaintiffs' Amended Complaint are barred by the applicable statutes of limitation.  Defendants have yet to file their anticipated Motions to Dismiss.

4. Subsequent to being served with Defendants' Rule 11 Motion, Plaintiffs' Counsel have engaged in multiple conversations and conference calls with some Plaintiffs and their representatives, and have now scheduled a Rule 11 conference for Tuesday, November 27, 2007, with Howard Godnick and Zack Fardon, counsel for Defendants Cerberus and Gordon Brothers.

5. Pursuant to Rule 11's 21-day safe harbor period, Plaintiffs have until November 30, 2007 to withdraw or appropriately correct the allegations contained in Plaintiffs' Amended Complaint identified as being time-barred by Defendants Cerberus and Gordon Brothers.

6. During the 21-day safe harbor period, irreconcilable differences between Plaintiffs and their representatives, on the one hand, and Plaintiffs' Counsel, on the other, have now developed regarding Plaintiffs' Counsels' on-going representation, compensation therefore, and specific allegations set forth in Plaintiffs' Amended Complaint.  Since November 20, 2007, Plaintiffs and their representatives have failed to remedy the irreconcilable differences referenced herein.

7. Plaintiffs and their representatives currently owe Plaintiffs' Counsel substantial monies for services rendered.  These monies, that are now due and owing, exceed $90,000.00.

8. Plaintiffs and their representatives have expressed an unwillingness to pay said monies.

9. Plaintiffs' Counsel have filed an attorneys' lien in this matter.

10. Plaintiffs' Counsels' withdraw as counsel of record will not prejudice Plaintiffs.

11. On November 23, 2007, the undersigned certifies that a true and correct copy of this Motion for Leave to Withdraw as Counsel was electronically mailed to Plaintiffs' representatives for their review.

12. Plaintiffs' Counsels' withdraw will not unreasonably delay the above-captioned proceeding nor will it otherwise be inequitable.  Plaintiffs' representatives are currently in discussions with substitute counsel to represent Plaintiffs' interest in the instant proceedings.

**WHEREFORE**, Kenneth M. Sullivan of Sullivan & Associates, LLC, Michael Coyle of The Law Offices of Michael P. Coyle, LLC, and Richard Chaifetz of Richard Chaifetz, P.C. respectfully request this Honorable Court to enter an Order permitting Plaintiffs' Counsel to withdraw as counsel for Plaintiffs in the instant action.

Dated: November 23, 2007

                                        Respectfully submitted,

                                        **THE CANCER FOUNDATION. INC., ET.AL.**

                                        By:    <u>/s/ Kenneth M. Sullivan</u>
                                                   One of Their Attorneys

Kenneth M. Sullivan
Kenneth M. Sullivan & Associates, LLC
30 North LaSalle Street
Suite 2900
Chicago, Illinois 60602
Attorney No: 39099

Of counsel:

Michael Coyle (Admitted Pro Hac-Vice)
The Law Offices of Michael P. Coyle, LLC
9560 Santiago Road, Suite 8
Columbia, MD 21045

Richard Chaifetz, P.C.
9560 Santiago Road, Suite 8
Columbia, MD 21045