## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| THE CANCER FOUNDATION, INC., et al., | ) ) ) |  |
| Plaintiffs, | ) ) | No. 07 CV 4120 |
| - against - | ) |  |
| CERBERUS CAPITAL MANAGEMENT, L.P., et al., | ) ) | Hon. Joan H. Lefkow |
| Defendants. | ) ) ) |  |

## DEFENDANTS CERBERUS CAPITAL MANAGEMENT, LP's, MADELEINE, LLC's, STEPHEN A. FEINBERG's , GORDON BROTHERS GROUP'S, AND WARREN FEDER'S JOINT CONSOLIDATED MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND PLAINTIFFS' COUNSEL

Defendants Cerberus Capital Management, LP, Madeleine, LLC, Stephen A. Feinberg, Gordon Brothers Group and Warren Feder (collectively, the "Defendants") move for sanctions against Plaintiffs and Plaintiffs' counsel pursuant to Rule 11(c) of the Federal Rule of Civil Procedure.

As set forth in greater detail in the Memorandum of Law in Support of Defendants' Joint Consolidated Motion for Sanctions Under Rule 11 of the federal Rules of Civil Procedure, filed concurrently herewith, Plaintiffs and Plaintiffs' counsel violated the demands of Rule 11 by filing frivolous complaints with the Court and failing to determine by reasonable inquiry under the circumstances that the Complaint and the Amended Complaint were not filed for an improper purpose or that the claims, defenses, and other legal contentions in the Complaint and Amended Complaint were warranted by existing law or by a non-frivolous argument for the extension, modification or reversal of existing law or the establishment of new

law.   The Defendants caused Plaintiffs' counsel to be served with a copy of the Notice of

Motion, the Motion, the Memorandum of Law and accompanying Letter requesting withdrawal

of the Complaint on November 9, 2007.

WHEREFORE, the 21-day "safe harbor" period having passed since that date and

the Amended Complaint not having been withdrawn or amended effectively, the Defendants

respectfully request that the Court sanction Plaintiffs and Plaintiffs' counsel by means sufficient

to deter repetition of such conduct or comparable conduct by others similarly situated, including,

without limitation, monetary and non-monetary penalties, and all reasonable attorneys' fee and

other expenses incurred as a direct result of the violation.


Dated: December 3, 2007

Respectfully submitted,


/s/ Zachary T. Fardon
Zachary T. Fardon
I.D. # 6292156
LATHAM & WATKINS  LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606
(312) 876-7700

*Attorneys for Defendants Gordon Brothers
Group and Warren Feder*

/s/ Timothy J. Patenode
Timothy J. Patenode
I.D. # 6181232
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200

Howard O. Godnick
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
(212) 756-2000

*Attorneys for Defendants Cerberus Capital
Management, LP, Madeleine, LLC,
and Stephen A. Feinberg*