IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CANCER FOUNDATION, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | No. 07 CV 4120 |
| ) | |
| - against - ) | |
| ) | Hon. Joan H. Lefkow |
| CERBERUS CAPITAL MANAGEMENT, L.P., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO: See Attached Service List

    PLEASE TAKE NOTICE that on December 4, 2007, we filed **Exhibit B** and **Exhibit C** to Defendants Cerberus Capital Management, LP's, Madeleine, LLC's, Stephen A. Feinberg's, Gordon Brothers Group's, and Warren Feder's Memorandum of Law in Support of Defendants' Joint Consolidated Motion for Sanctions Under Rule 11 of the Federal Rules of Civil Procedure, which were erroneously omitted, with the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, a copy of which are hereby served upon you.

Dated: December 4, 2007

                                                                         Respectfully submitted,

| | |
|---|---|
| /s/ Zachary T. Fardon | /s/ Timothy J. Patenode |
| Zachary T. Fardon | Timothy J. Patenode |
| I.D. # 6292156 | I.D. # 6181232 |
| LATHAM & WATKINS LLP | KATTEN MUCHIN ROSENMAN LLP |
| Sears Tower, Suite 5800 | 525 West Monroe Street |
| 233 South Wacker Drive | Chicago, Illinois 60661-3693 |
| Chicago, IL 60606 | Chicago, IL 60661 |
| (312) 876-7700 | (312-902-5200 |
| | |
| *Attorneys for Defendants Gordon Brothers Group and Warren Feder* | Howard O. Godnick |
| | SCHULTE ROTH & ZABEL LLP |
| | 919 Third Avenue |
| | New York, NY 10022 |
| | (212) 756-2000 |
| | *Attorneys for Defendants Cerberus Capital Management, LP, Madeleine, LLC, and Stephen A. Feinberg* |

## CERTIFICATE OF SERVICE

I, Timothy J. Patenode, an attorney, hereby certify that I electronically filed and served copies of the foregoing *Notice of Filing, Exhibit B,* and *Exhibit C* to Defendants Cerberus Capital Management, LP's, Madeleine, LLC's, Stephen A. Feinberg's, Gordon Brothers Group's, and Warren Feder's Memorandum of Law in Support of Defendants' Joint Consolidated Motion for Sanctions Under Rule 11 of the Federal Rules of Civil Procedure, which were erroneously omitted, with the Clerk of the Court using the CM/ECF system, e-mail and U.S. mail to those persons listed on the attached service list on this 4th day of December, 2007.

/s/ Timothy J. Patenode
Attorney For Defendants Cerberus
Capital Management, LP, Madeleine,
LLC, and Stephen A. Feinberg
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661-3693
(312) 902-5200
(312) 902-1061
timothy.patenode@kattenlaw.com

## SERVICE LIST

### Via ECF e-mail

Zachary T. Fardon, Esq.
Allison V. Passman
Latham & Watkins, LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
zach.fardon@lw.com
allison.passman@lw.com

### Via e-mail

Kenneth M. Sullivan
Kenneth M. Sullivan & Associates, LLC
30 North LaSalle Street
Suite 2900
Chicago, IL 60602
ksully@ksully.com

Richard Chaifetz
Richard Chaifetz, P.C.
9560 Santiago Road, Suite 8
Columbia, MD 21045
riclaw@algxmail.com

Morton M. Lapides, Sr.
2077 Maidstone Farm Road
Annapolis, MD 21409
mmlsen@aol.com

Michael Coyle
The Law Offices of Michael P. Coyle, LLC
9560 Santiago Road, Suite 8
Columbia, MD 21045
michaelcoyle@mpclaw.com

Barry L. Dahne
Glass Jacobson
10711 Red Run Blvd., Suite 101
Owings Mills, MD 21117
Barry.dahne@glassjacobson.com

### Via U.S. Mail

The Cancer Foundation, Inc.
2 Pomona East, Apt. 305
Baltimore, MD 21208

Charles Amera
4902 Starter Ave
Madison, WI 53716

Sharon Boeger
1990 Baintree Road
Davis, IL 61019

Alleco, Inc.
2077 Maidstone Farm Road
Annapolis, MD 21409

Anne E. Amera
4902 Starker Ave.
Madison, WI 53716

Dorthy Brooks
307 Newcomer Road
North Henderson, IL 61466

Sue D. Burmester
727 State Highway 72
Kirland, IL 60146

Nancy L. Graham
4008 28th Ave.
Rock Island, IL 61201

James E. Heitkamp
8000 Kieffer Drive
East Dubuque, IL 61025

Virginia Heitkamp Holland
8234 N. Watson Rd.
Scalis Mount, IL 61075

Florence E. Hitchcock
10752 Ridatt Road
Pecatonica, IL 61063

Kenneth Kluesner
323 3rd St.
Bloomington, WI 53804

Vernon Lyons
15627 Erin Lane
Orland Park, IL 60462

Cecil E. Metz
1032 Montclair Dr.
Racine, WI 53402-3438

Marilyn J. Munz
5208 W. Parkview
McHenry, IL 60050

Anita Spina
1723 N. 76 Ave.
Elmwood Park, IL 60707

Valley Rivet Company, Inc.
2077 Maidstone Farm Road
Annapolis, MD 21409

Martin J. Whitman
622 Third Avenue, 32nd Floor
New York, NY 10022

Larry Feine
241 South Street
Dakota, IL 61018

Gilbert Graham
4008 28th Ave.
Rock Island, IL 61201

Michael J. Heitkamp
14501 W. Creek Valley Rd.
East Dubuque, IL 61025

Eugene M. Hitchcock
10752 Ridatt Road
Pecatonica, IL 61063

Robert Hummel
24 W. Highland # 1
Villa Park, IL 60181

Ruth Lyons
15627 Erin Lane
Orland Park, IL 60462

MML, Inc.
2077 Maidstone Farm Road
Annapolis, MD 21409

Anthony Spina
1723 N. 76 Ave.
Elmwood Park, IL 60707

Transcolor Corp.
2077 Maidstone Farm Road
Annapolis, MD 21409

VR Holdings, Inc.
2077 Maidstone Farm Road
Annapolis, MD 21409

Third Avenue Value Fund
622 Third Avenue
32nd Floor
New York, NY 10017

50458346