IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CANCER FOUNDATION, INC ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | Judge Lefkow |
| | ) | |
| v. | ) | 07 C 4120 |
| | ) | |
| CERBERUS CAPITAL, | ) | |
| MANAGEMENT, LP, ET AL., | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

## APPEARANCE

Attorneys Gregory A. Adamski, Karen Conti, Samantha R. Engel, Jenny R. Jeltes and Adamski & Conti enter their appearances on behalf of the plaintiffs.

_____
Plaintiffs's Attorney

Gregory A. Adamksi
Karen Conti
Adamski & Conti
100 N. LaSalle Street
Chicago, Illinois 60602
312.332-7800

1