**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

The Cancer Foundation, Inc., et al.
                            Plaintiff,

v.                                                       Case No.: 1:07−cv−04120
                                                         Honorable Joan H. Lefkow

Cerberus Capital Management, LP, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

      MINUTE entry before Judge Joan H. Lefkow :Status hearing held. Motion hearing held. Defendants' motion for leave to amend their joint consolidated motion for sanctions [46] is granted as stated in the motion. Response to motion for sanctions due by 1/29/2008; reply is due by 2/5/2008; ruling will issue by mail by 3/7/2008. Defendants' oral motion to enter of record and take with motion for sanctions their oral motion to dismiss on statute of limitation grounds without prejudice to a subsequent motion raising other bases for dismissal is granted.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.