IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE CANCER FOUNDATION, INC., et alia, | ) ) ) | |
| Plaintiffs, | ) ) | 07 C 4120 |
| v. | ) ) | JURY DEMANDED |
| CERBERUS CAPITAL, MANAGEMENT, LP, et alia, | ) ) ) | Judge Lefkow |
| Defendants. | ) ) | Magistrate Judge Keys |

PLAINTIFFS' MOTION TO FILE EXTENDED BRIEF

Pursuant to Local Rule 7.1, plaintiffs The Cancer Foundation Inc., Alleco, Inc., Transcolor Corp., MML, Inc., Valley Rivet, VR Holdings, Inc., and 22 individual shareholder investors, by their attorneys, move to file an extended brief in answer to defendants' motion for Rule 11 sanctions, and for all other appropriate relief.

In support of their motion, plaintiffs state:

1.  On December 3, 2007, defendants filed a motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure.

2.  Former attorneys for plaintiffs filed a motion to withdraw as attorneys on December 12, 2007.

3.  Gregory A. Adamski and Adamski & Conti filed their appearances on behalf of the plaintiffs on January 7, 2008.

4.   Attorneys for plaintiffs were granted until January 29, 2008, to file their response brief to defendants' motion for Rule 11 sanctions.

5.   Due to the immense amount of facts and details surrounding the allegations of this case, plaintiffs request that the Court grant them leave to file an extended response brief (approximately 23 pages).

WHEREFORE, The Cancer Foundation Inc., Alleco, Inc., Transcolor Corp., MML, Inc., Valley Rivet, VR Holdings, Inc., and 22 individual shareholder investors move to file an extended brief in answer to defendants motion for Rule 11 sanctions, and for all other appropriate relief

s/Gregory A. Adamski
Plaintiffs' Attorney

Gregory A. Adamski
Samantha R. Engel
Adamski & Conti
100 N. LaSalle Street
Chicago, Illinois 60602
312.332-7800

2